# Court of Appeals, State of Michigan

## ORDER

People of MI v George Michael Mack

Docket No. 336282

LC No. 2015-001096-FC

Amy Ronayne Krause
Presiding Judge

Jane E. Markey

Michael J. Riordan
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued May 17, 2018, is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 1 4 2018
Date

Chief Clerk